FILED
DEC 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Mag. No. _____ (P-0571210)

v.

Judge John M. Facciola

Trial Date: December 21, 2005

HELGA MOOR
_____/

## GOVERNMENT'S MOTION TO CONTINUE TRIAL TO JANUARY 18, 2006

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the trial of Helga Moor (P-571210) for Demonstrating Without a Permit to January 18, 2006, and states further as follows:

Ms. Moor's matter is presently scheduled for trial on December 21, 2005, which is the second of three dates the Court has set aside to adjudicate the over three hundred arrests for Demonstrating without a Permit on the White House sidewalk on September 26, 2005. Unfortunately, the government's essential witness, Officer Davis of the United States Park Police, will be on schedule leave and unavailable for trial on December 21, 2005. Accordingly, the Government requests that trial in this matter be continued to January 18, 2006 which is the next (and last) scheduled date for trials arising from the September 26, 2005 demonstrator arrests.

Undersigned counsel has discussed this request is pro se defendant, Ms. Moor, and she has indicated that she opposes this request.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that trial in this matter be continued to January 18, 2006.

>Respectfully submitted,
>
>Kenneth L. Wainstein
>UNITED STATES ATTORNEY
>
>_____
>G. Michael Harvey
>ASSISTANT UNITED STATES ATTORNEY
>Bar No.447465
>Federal Major Crimes Section
>555 4th Street, N.W., Room 4243
>Washington, D.C. 20530
>202/305-2195

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served by U.S. mail upon the pro se defendant, Helga Moor, this 20th day of December, 2005.

_____
ASSISTANT UNITED STATES ATTORNEY

2