UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

Mag. No. 06-mj-00006-JMF-86

v.

(Ticket No. P-571210)

Trial Date: February 15, 2006

**HELGA MOOR**

_____/

### GOVERNMENT'S MOTION TO CONTINUE TRIAL TO APRIL 19, 2006

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the trial of Helga Moor (P-571210) for Demonstrating Without a Permit to April 19, 2006, and states further as follows:

Ms. Moor's matter is presently scheduled for trial on February 15, 2006. No other individual charged with Demonstrating without a Permit on the White House sidewalk on September 26, 2005, however, is scheduled for trial on that date. Rather, a large number of such individuals is presently scheduled for trial on April 19, 2006. As the government's witnesses will be the same for both trials, Ms. Moor's case can most efficiently be tried on April 19, 2006, at the same time as the other individuals charged with Demonstrating without a Permit on the White House sidewalk on September 26, 2005. Accordingly, in the interests of judicial economy and for the convenience of the witnesses, the Government requests that trial in Ms. Moor's case be continued to April 19, 2006 which is the next scheduled date for trials arising from the September 26, 2005 demonstrator arrests.

Undersigned counsel has discussed this request with pro se defendant, Ms. Moor, and she has indicated that she opposes this request.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that trial in this matter be continued to April 19, 2006

Respectfully submitted,

Kenneth L. Wainstein
UNITED STATES ATTORNEY

_____
G. Michael Harvey
ASSISTANT UNITED STATES ATTORNEY
Bar No.447465
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C.  20530
202/305-2195

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served by U.S. mail upon the pro se defendant, Helga Moor, 1606 First Avenue, New York, New York, 10028 this ___ day of January, 2006.

_____
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        Mag. No. _____(P-0571210)

  v.

        Judge John M. Facciola

        Trial Date: December 21, 2005

HELGA MOOR
_____/

## ORDER

Upon consideration of the Government's Motion to Continue Trial to January 18, 2006, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's motion be, and hereby is, GRANTED; and it is further

ORDERED, that trial in this matter is continued until January 18, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

Helga Moor, pro se
1606 First Avenue
New York, New York 10028