January 23, 2006

FILED

JAN 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge Alan Kay
United States District Court
   for the District of Columbia
3rd and Constitution Ave., NW
Washington, D. C.  20001

Re: Helga Moor
    No. EV63 P0571210
    Trial Date: 2/15/06

Dear Judge Kay:

In the interest of justice, I am herewith requesting that my case be dismissed since a situation of unequal application of the law has arisen: two judges with the same set of circumstances before them ruled entirely differently.

With respect to Judge Facciola's decision in my case: my trial date was set for December 21st. I was informed that my arresting officer would be away on scheduled leave and the U.S. Attorney would apply for a continuance of my case to January 18th. (See encl.B) I objected to this and appeared before Judge Facciola on December 21st and asked for a dismissal, on the grounds of financial hardship. January 18th was a date on which I was unable to attend court since I had an engagement on that date to do consulting work for the Cit University of New York (CUNY) (see encl.C), an appointment I needed to keep since if I did not show up I would not get paid. As you can see from the enclosed tax return, my remuneration for being an Adjunct Lecturer with CUNY is very low and I cannot afford to pass up the extra bit of income the consulting work provides.  Judge Facciola did not accept my dismissal request and indicated that my new trial date would be some time in February.

In contrast, Judge Deborah Robinson, who presided in the January 18th trial, dismissed approximately a dozen cases where no arresting officer could be present. In fact, the defendants were informed prior to the trial date that they did not need to appear.

Obviously, I received unequal treatment before the law, and the remedy for that is to dismiss my case.

Should you not grant dismissal, I need to make one more request and that is to change the trial date. February 15th

Page 2
Moor
EV63 Po571210

is a Wednesday and my teaching schedule this semester is Mondays and Wednesdays 6-8:45 PM. (Your clerk is welcome to verify this by calling my college at 718-260-5565.) Since neither the length of court proceedings nor the extent of traffic (I will be using Greyound) can be predicted, my timely return to New York cannot be assured. If a substitute needs to be called in for my classes, the pay for those classes will be deducted from my salary. Such is the fate of contingency workers.

However, inasmuch as I have demonstrated good faith by already appearing before the court and validating the claims on my behalf, I earnestly hope that you will let justice prevail and rectify the inequity that I have outlined above by dismissing my case.

Sincerely yours,

*Helga Moor* (signature)

Helga Moor

Enclosures: 4



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
December 27, 2005

UNITED STATES OF AMERICA

V.                                                                              Criminal No.  EV63 P0571210

HELGA MOOR

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE RESET FOR: Hearing on Ticket Case
DATE:           02/15/06
TIME:           9:15 A.M.
JUDGE:          Magistrate Judge Alan Kay

COURTROOM:   No. 4   -   SECOND   Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:  Chambers                By:_____ Lynn D. Coln 354-3061
     File                             Deputy Clerk
     Courtroom Clerk
     AUSA G. Michael Harvey, 555 4th Street, N. W. Room 4243, Washington, D. C.  20530

Mark Goldstone, Esquire, Attorney-Advisor, 9419 Spruce Tree Circle, Bethesda Md.  20814

B

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Judge John M. Facciola

Trial Date: December 21, 2005

HELGA MOOR

_____/

GOVERNMENT'S MOTION TO CONTINUE TRIAL TO JANUARY 18, 2006

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to continue the trial of Helga Moor (P-571210) for Demonstrating Without a Permit to January 18, 2006, and states further as follows:

Ms. Moor's matter is presently scheduled for trial on December 21, 2005, which is the second of three dates the Court has set aside to adjudicate the over three hundred arrests for Demonstrating without a Permit on the White House sidewalk on September 26, 2005. Unfortunately, the government's essential witness, Officer Davis of the United States Park Police, will be on schedule leave and unavailable for trial on December 21, 2005. Accordingly, the Government requests that trial in this matter be continued to January 18, 2006 which is the next (and last) scheduled date for trials arising from the September 26, 2005 demonstrator arrests.

Undersigned counsel has discussed this request is pro se defendant, Ms. Moor, and she has indicated that she opposes this request.

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

YAHOO! MAIL     Welcome, helgamoor
                [Sign Out, My Account]

Search the Web [        ] [Search]
Mail Home - Mail Tutorials - Help

Graduate in 15 Months* CTU Online makes it possible
Colorado Technical University Online
TAKE YOUR CAREER TO NEW HEIGHTS
Undergraduate Programs
- Bachelor's (BSBA) in Information Technology
- Bachelor's (BSBA) in Management
- Bachelor's (BSBA) in Human Resource Management
- Bachelor's (BSBA) in Marketing
- Bachelor's (BSCJ) in Criminal Justice
Graduate Programs
- Executive Master of Business Administration (MBA)
- Master's (MSM) in Information Systems Security
- Master's (MSM) in Information Technology Management
- Master's (MSM) in Project Management
Click anywhere on this ad to view program information.   LEARN MORE

Mail | Addresses | Calendar | Notepad       What's New - Mail For Mobile - Upgrades - Options

[Check Mail] [Compose]     [                    ]   [Search Mail]   [Search the Web]

Vonage: unlimited calls US/Canada $24.99/mo

Folders [Add - Edit]
Inbox (93)
Draft
Sent
Bulk (1)   [Empty]
Trash      [Empty]

My Folders [Hide]
address file
haravey stein

What's your Credit Score?
GEICO Insurance Free rate quote
A Mastercard in 3 Days*
Got a Christmas ScreenSaver?

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

From:    "Alice Beasley" <ABeasley@         >    View Contact Details    Add Mobile Alert

To:

Subject: January 2006 Grading Sessions
Date:    Mon, 5 Dec 2005 17:31:18 -0500

```
ACT Essay Grading Schedule - January 3, 2006 through January 27, 2006
Date:    December 5, 2005

Date       Time      Yes or No
                     2006
Tue 1/3  10 AM
Fri 1/6  10 AM

Wed 1/11           10 AM
Fri 1/13           10 AM

Tue 1/17           11 AM
Wed 1/18           10 AM
Thu 1/19           11 AM
Fri 1/20           10 AM

Mon 1/23           11 AM
Wed 1/25           10 AM
Fri 1/27           10 AM

In order to facilitate processing of the essays, please arrange to have
them delivered no later than 9:45 AM for morning grading sessions.
```

D

# Form 1040 — Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return 2004

(5)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2004, or other tax year beginning _____, 2004, ending _____, 20___  OMB No. 1545-00__

**Label** (See instructions on page 16.)
Use the IRS label. Otherwise, please print or type.

- Your first name and initial: **Helga**
- Last name: **Moor**
- If a joint return, spouse's first name and initial: _____
- Last name: _____
- Spouse's social security number: _____

▲ **Important!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 16.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ▶
You: ☑ Yes ☐ No    Spouse: ☐ Yes ☐ No

**Filing Status** — Check only one box.
1. ☑ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

- 6a ☑ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . .
- b ☐ Spouse . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **1**

- c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 18) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
- lived with you: _____
- did not live with you due to divorce or separation (see page 18): _____

Dependents on 6c not entered above: _____

If more than four dependents, see page 18.

- d Total number of exemptions claimed . . . . . . . . . . . . . . . . .

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

- 7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . **7** _____
- 8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . **8a** _____
- b Tax-exempt interest. Do not include on line 8a . . . **8b** _____
- 9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . **9a** _____
- b Qualified dividends (see page 20) . . . . . . **9b** 613
- 10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) . . **10** _____
- 11 Alimony received . . . . . . . . . . . . . . . **11** _____
- 12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . **12** _____
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☑ **13** _____
- 14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . **14** _____
- 15a IRA distributions . . **15a** _____  b Taxable amount (see page 22) **15b** _____
- 16a Pensions and annuities **16a** _____  b Taxable amount (see page 22) **16b** _____
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E **17** _____
- 18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . **18** _____
- 19 Unemployment compensation . . . . . . . . . . . **19** _____
- 20a Social security benefits **20a** _____  b Taxable amount (see page 24) **20b** _____
- 21 Other income. List type and amount (see page 24) _____ **21** _____
- 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ **22** _____

**Adjusted Gross Income**

- 23 Educator expenses (see page 26) . . . . . . **23** _____
- 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ **24** _____
- 25 IRA deduction (see page 26) . . . . . . . . **25** 3,500—
- 26 Student loan interest deduction (see page 28) . . . **26** _____
- 27 Tuition and fees deduction (see page 29) . . . . **27** _____
- 28 Health savings account deduction. Attach Form 8889 . . **28** _____
- 29 Moving expenses. Attach Form 3903 . . . . . . **29** _____
- 30 One-half of self-employment tax. Attach Schedule SE . . **30** _____
- 31 Self-employed health insurance deduction (see page 30) **31** _____
- 32 Self-employed SEP, SIMPLE, and qualified plans . . . **32** _____
- 33 Penalty on early withdrawal of savings . . . . . . **33** _____
- 34a Alimony paid  b Recipient's SSN ▶ _____ **34a** _____
- 35 Add lines 23 through 34a . . . . . . . . . . . **35** _____
- 36 Subtract line 35 from line 22. This is your adjusted gross income . . . . ▶ **36** _____

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.  Cat. No. 11320B  Form **1040** (2004)

Form 1040 (2004)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | 37 |
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind. ☐ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐ | |
| | 39 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | 39 |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 31. | 40 | Subtract line 39 from line 37 | 40 |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | 41 |
| | 42 | **Taxable income.** Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 |
| | 43 | Tax (see page 33). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 43 |
| | 44 | Alternative minimum tax (see page 35). Attach Form 6251 | 44 |
| • All others: | 45 | Add lines 43 and 44 ▶ | 45 |
| Single or Married filing separately, $4,850 | 46 | Foreign tax credit. Attach Form 1116 if required | 46 |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 |
| Married filing jointly or Qualifying widow(er), $9,700 | 49 | Education credits. Attach Form 8863 | 49 |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 |
| | 51 | Child tax credit (see page 37) | 51 |
| | 52 | Adoption credit. Attach Form 8839 | 52 |
| Head of household, $7,150 | 53 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 53 |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ | 54 |
| | 55 | Add lines 46 through 54. These are your **total credits** | 55 |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 |
| | 60 | Advance earned income credit payments from Form(s) W-2 | 60 |
| | 61 | Household employment taxes. Attach Schedule H | 61 |
| | 62 | Add lines 56 through 61. This is your **total tax** ▶ | 62 |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63  1072 |
| | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 |
| If you have a qualifying child, attach Schedule EIC. | 65a | Earned income credit (EIC) | 65a |
| | b | Nontaxable combat pay election ▶ 65b | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 |
| | 68 | Amount paid with request for extension to file (see page 54) | 68 |
| | 69 | Other payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 69 |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ▶ | 70 |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you **overpaid** | 71 |
| Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want **refunded to you** ▶ | 72a |
| | b | Routing number ▶ | c Type: ☐ Checking  ☐ Savings |
| | d | Account number | |
| | 73 | Amount of line 71 you want **applied to your 2005 estimated tax** ▶ 73 | |
| **Amount You Owe** | 74 | **Amount you owe.** Subtract line 70 from line 62. For details on how to pay, see page 55 ▶ | 74 |
| | 75 | Estimated tax penalty (see page 55) | 75 |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 56)? ☐ Yes. Complete the following. ☐ No | | |
| | Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| Joint return? See page 17. Keep a copy for your records. | Your signature  *Helga Morr* | Date  4-14-05 | Your occupation  Teacher | Daytime phone number  ( ) |
| | Spouse's signature. If a joint return, **both must sign.** | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | | Phone no. | ( ) |

Form 1040 (2004)