UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

   Mag. No. 06-mj-00006-JMF-86

v.

   (Ticket No. P-571210)

   Trial Date: February 15, 2006

**HELGA MOOR**

_____/

### ORDER

Upon consideration of the defendant's January 23, 2006 motion to dismiss the violation, or in the alternative, to continue the February 15, 2006 trial date,[1] and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the defendant's motion to dismiss be, and hereby is, DENIED; and it is further

ORDERED, that trial in this matter is continued until April 19, 2006.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

Helga Moor, pro se
1606 First Avenue
New York, New York 10028

---

[1] The Court deems the defendant's January 23, 2006, letter to the Court as a motion to dismiss or, in the alternative, to continue the February 15, 2006 trial date.